IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS JONES, JOSEPH CHARLES LOHFINK, SUE BEAVERS, RODOLFOA REL, and HAZEL REED THOMAS, on behalf of themselves and others similarly situated and<br><br>MARTHA EZELL LOWE, individually and on behalf of a class of similarly situated employees, et al. | CONSOLIDATED PLAINTIFFS |
| v. | CAUSE NO. 1:17cv319-LG-RHW |
| KPMG LLP and TRANSAMERICA RETIREMENT SOLUTIONS CORPORATION | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith as well as the [53] Memorandum Opinion and Order entered on December 18, 2019, this Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED for lack of jurisdiction**.

**SO ORDERED AND ADJUDGED** this the 21st day of February, 2020.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE